Joel CARSON, Appellant, v. Al H. REED, Warden and Keeper of the Arkansas State Penitentiary.

No. 11614.

Circuit Court of Appeals, Eighth Circuit.

Nov. 8, 1939.

Joe N. Wills, of North Little Rock, Ark., for appellant.

Jack Holt, Atty. Gen., and John P. Streepey, Asst. Atty. Gen., for appellee.

PER CURIAM.

Appeal docketed and dismissed without prepayment of costs to Clerk, etc., per stipulation of parties.

Florence H. CHANCE and Provident Trust Company of Philadelphia, Executors of the Estate of Thomas M. Chance, Deceased, and Marcus A. Walker, Maude Staples and Scranton Lackawanna Trust Company, Executors of the Estate of Harry O. Staples, Deceased, Plaintiffs-Appellants, v. LEHIGH NAVIGATION COAL COMPANY, Defendant-Appellee.

No. 6969.

Circuit Court of Appeals, Third Circuit.

Dec. 8, 1939.

Paul & Paul, of Philadelphia, Pa. (Merrell E. Clark, of New York City, Hugh M. Morris, of Wilmington, Del., Henry N. Paul, Jr., of Philadelphia, Pa., and William J. Barnes, of New York City, of counsel), for plaintiffs-appellants.

Howson & Howson, of Philadelphia, Pa. (Charles H. Howson, Dexter N. Shaw, Samuel D. Matlack, and Wm. J. Turner, all of Philadelphia, Pa., of counsel), for defendant-appellee.

Before BIGGS, MARIS, and BIDDLE, Circuit Judges.

PER CURIAM.

The decree of the district court is affirmed upon the opinion of Judge Kirkpatrick, 25 F.Supp. 532.

CLOVER FORK COAL COMPANY, Appellant, v. NATIONAL LABOR RELATIONS BOARD, Appellee.

No. 7947.

Circuit Court of Appeals, Sixth Circuit.

Dec. 5, 1939.

Cleon K. Calvert, of Pineville, Ky., for appellant.

Charles Fahy and Lawrence Hunt, both of Washington, D. C., for appellee.

Before SIMONS, HAMILTON, and ARANT, Circuit Judges.

PER CURIAM.

Upon an appeal from an order, 30 F.Supp. 793, dismissing a libel proceeding against the respondent, it appearing to the court that the action is one against an administrative agency of the National Government exercising a governmental function and so is a suit against the United States; and it appearing that the government neither in the National Labor Relations Act nor otherwise, insofar as we are advised, has consented to such suit, it is hereby ordered that the judgment below be and it is hereby affirmed.